**Lonnie Lee STOUT, Plaintiff–Appellant,**

v.

**Paul KIRBY, Commissioner, Department of Corrections, Defendant–Appellee.**

No. 00–7449.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 16, 2001.

Decided March 7, 2001.

Lonnie Lee Stout, pro se. Scott E. Johnson, Office of the Attorney General of West Virginia, Charleston, WV; Charles Patrick Houdyschell, Jr., West Virginia Division of Corrections, Charleston, WV, for appellee.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Lonnie Lee Stout appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Stout v. Kirby*, No. CA 99–131–5 (N.D.W.Va. Sept. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*